United States District Court
Southern District of Texas

**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Texas*
600 E. Harrison St., #201     Phone (956) 548-2554
Brownsville, Texas 78520      Fax (956) 548-2711

Criminal Complaint dismissed on
JULY __8__, 2025

*Karen Betancourt*
U. S. MAGISTRATE JUDGE

Honorable KAREN BETANCOURT
United States Magistrate Judge
Brownsville, Texas

In re:  U. S. vs  ALICIA GIOMAR CASTILLO-ELIZONDO

|  |  |
|---|---|
| Magistrate's Case No. | B-25-MJ-568 |
| Criminal Complaint filed on | JULY 08, 2025 |
| Before Magistrate Judge | Honorable Karen Betancourt |

Dear Magistrate Judge Betancourt:

We hereby request that you dismiss the criminal complaint as to defendant **ALICIA GIOMAR CASTILLO-ELIZONDO** MJ Number B-25-MJ-568, additional investigation needed.

Very truly yours,

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*s/ William F. Hagen*
WILLIAM F. HAGEN
Assistant United States Attorney

cc:  U.S. Marshal, Brownsville, Texas